JOHN T. CLARKE ET AL. V. NEBRASKA SAVINGS &
EXCHANGE BANK.

FILED FEBRUARY 16, 1897.   No. 7097.

Review: ASSIGNMENTS OF ERROR. In error proceedings no point will
be considered which is not presented by the petition in error, even
though argued in the brief of counsel.

ERROR from the district court of Douglas county.
Tried below before BLAIR, J.   *Affirmed.*

*James W. Carr*, for plaintiffs in error.

*Silas Cobb* and *Tiffany & Vinsonhaler*, contra.

RYAN, C.

There was a judgment in this case in the district court
of Douglas county against the maker and indorser of a
promissory note.   There is discussed in the brief of coun-
sel but one question, and that is the right of the holder of
a note to maintain suit upon it by virtue of a provision
that the failure to pay within the time limited would
cause the whole sum to become due at the election of the
holder, it having been alleged in the answer that after
the time limited for the payment of such interest there
had been made a tender of such payment.   This propo-
sition was not suggested by the petition in error, hence
it cannot be considered.

The only question presented upon the record is whether
or not interest in excess of that provided by the note was
allowed in the judgment.   This assignment was not ar-
gued, and by computation we have not discovered any
error in the respect indicated.   The judgment of the dis-
trict court is therefore

AFFIRMED.